# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS

## Washington, DC

## UNITED STATES

### v.

## Richard F. MOORE

## Storekeeper First Class, U.S. Coast Guard

## CGCMG 0165

## Docket No. 1143

## 12 March 2001

General Court-Martial convened by Commander, Maintenance and Logistics Command Atlantic.  Tried at Norfolk, Virginia on June 5-6, 2000.

| | |
|---|---|
| Military Judge: | CAPT Robert Bruce, USCG |
| Trial Counsel: | LCDR Duane R. Smith, USCG |
| Assistant Trial Counsel: | LT P.C. Schifflin, USCGR |
| Detailed Defense Counsel: | LT Walter B. Ruiz, USCG |
| Appellate Defense Counsel: | CDR Jeffrey C. Good, USCG |
| Appellate Government Counsel: | CDR Chris P. Reilly, USCG |

### BEFORE
### PANEL FOUR
### BAUM, KANTOR & WESTON[*]
Appellate Military Judges

Per Curiam:

Appellant was tried by a general court-martial, military judge alone.  Pursuant to his guilty pleas, entered in accordance with a pretrial agreement, Appellant was found guilty of forty-six specifications of larceny in violation of Article 121 of the Uniform Code of Military Justice (UCMJ); twelve specifications of making false official statements in violation of Article 107, UCMJ; one specification of failing to obey a lawful general order in violation of Article 92, UCMJ; and three specification of obtaining services under false pretenses in violation of Article 134, UCMJ.  Appellant was sentenced to confinement for eighteen months, forfeiture of all pay and allowances, reduction to pay grade E-1, and a bad-conduct discharge.  The convening authority approved the sentence as adjudged.

Before this Court, without admitting that the findings and sentence are correct in

---

[*] Judge Weston did not participate in this decision.

law and fact, Appellant has submitted this case on its merits as to any and all errors.

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, we have determined that the findings and sentence are correct in law and fact, and on the basis of the entire record should be approved. Accordingly, the findings and sentence, as approved below, are affirmed.



For the Court,

//s//
James P. Magner
Clerk of the Court